UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————x

RAYMOND ARNOLD HATCH,

    Plaintiff,

-against-                                               07 Civ. 10702 (CM)

WACHOVIA SECURITIES LLC.,

    Defendant.

————————————————————x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

### ORDER DIRECTING CLERK TO DOCKET LETTER AS A NOTICE OF SUGGESTION OF DEATH

McMahon, J.:

    Attached to this order is a letter dated May 21, 2008, which this court is treating as a Notice of Suggestion of Death pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. By this order I direct the Clerk of the Court to docket the letter accordingly. Service of the Notice of Suggestion of Death was made by the court on defendant on May 22, 2008.

Dated: May 22, 2008

                                                                  U.S.D.J.

TO THE CLERK OF THE COURT

WILLIAM W. HATCH
85 EAST END AVENUE # 9-A
NEW YORK, N.Y. 10028

Via Facsimile
Honorable Colleen McMahon
District Judge
United States Court House
500 Pearl Street
New York, N.Y. 10007

May 21, 2008

Dear Judge McMahon,

Please be advised that Raymond Arnold Hatch (my father) died on May 2, 2008. Attached please find a copy of his Death Certificate. As a result he was unable to attend the court date specified in the attached Order and his case was dismissed. I have only today become aware of this law suit upon opening his mail. Apparently the case was dismissed on May 16, 2008 for failure to appear. I am writing to request that you rescind the dismissal and schedule a new date, whereupon I will retain counsel to handle this matter.

Thank you for your consideration. I can be reached at the above address or by telephone at 212.838.7380 or by fax at 212.8387463.

Very truly yours,

William W. Hatch

04/23/2008 Case 1:07-cv-03870-CM   Document 10   Filed 05/22/2008   Page 2 of 2   HOHABE LAW OFFICES   PAGE 02/05