WILLIAM W. HATCH
85 EAST END AVENUE # 9-A
NEW YORK, N.Y. 10028

<u>Via Facsimile</u>
Honorable Colleen McMahon
District Judge
United States Court House
500 Pearl Street
New York, N.Y. 10007

```
DOCKET IN CASE # 07-cv-10702
AS: Notice of Suggestion of Death
DATE,            CM
```

May 21, 2008

**Dear Judge McMahon,**

Please be advised that Raymond Arnold Hatch (my father) died on May 2, 2008. Attached please find a copy of his Death Certificate. As a result he was unable to attend the court date specified in the attached Order and his case was dismissed. I have only today become aware of this law suit upon opening his mail. Apparently the case was dismissed on May 16, 2008 for failure to appear. I am writing to request that you rescind the dismissal and schedule a new date, whereupon I will retain counsel to handle this matter.

Thank you for your consideration. I can be reached at the above address or by telephone at 212.838.7380 or by fax at 212.8387463.

Very truly yours,

*[signature]*

William W. Hatch

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```